AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>CLAUDIO MELO, A/K/A "BLUE DRILLA"<br><br>*Defendant(s)* | Case No.<br>25-MJ-1002-DLC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/30/2023__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Robbery |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Eric Poalino

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Eric Poalino
*Printed name and title*

Sworn to by telephone in accordance with Fed. R. Crim. P. 4.1.

Date: 1/14/2025

_____
*Judge's signature*

City and state: Boston, Massachusetts     Hon. Donald L. Cabell, Chief U.S. Magistrate Judge
*Printed name and title*