# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** _____ | **Category No.** II | **Investigating Agency** FBI |
| **City** Woburn | **Related Case Information:** | |
| **County** Middlesex | Superseding Ind./ Inf. _____ | Case No. _____ |
| | Same Defendant _____ | New Defendant _____ |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number 21-1461, 23-1418, 1466, 1467-DLC; 24-1019-DLC | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 24-cr-10396-FDS   [✓] Yes   [ ] No

| | | |
|---|---|---|
| **Defendant Name** Claudio Melo | | **Juvenile:** [ ] Yes [✓] No |
| | Is this person an attorney and/or a member of any state/federal bar: | [ ] Yes [✓] No |
| **Alias Name:** Blue Drilla | | |
| **Address:** Lynn, MA | | |
| **Birth date (Yr only):** 1992 | **SSN (last 4#):** 8849 | **Sex:** M **Race** Black **Nationality:** _____ |

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Philip A. Mallard   **Bar Number if applicable:** 679138

**Interpreter:** [ ] Yes [✓] No   **List language and/or dialect:** _____

**Victims:** [✓] Yes [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [✓] No

**Matter to be SEALED:** [ ] Yes [✓] No

[✓] Warrant Requested   [ ] Regular Process   [✓] In Custody

**Location Status:** Middleton HOC

**Arrest Date:** 1/7/2025

[ ] Already in Federal Custody as of _____ in _____.
[✓] Already in State Custody at Middleton HOC   [ ] Serving Sentence   [✓] Awaiting Trial
[ ] On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** [✓] Complaint   [ ] Information   [ ] Indictment
**Total # of Counts:** [ ] Petty ____ [ ] Misdemeanor ____ [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/13/2025   **Signature of AUSA:** *Philip A. Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   CLAUDIO MELO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1951(a) | Conspiracy to Interfere with Commerce by Robbery | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**